```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

               v.                                    13-CR-341 (KMW)

KRISTEN HARDY,                                       **ORDER**

                    Defendant.
--------------------------------------------------------X
```

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for March 26, 2020 at 12:00 p.m. is adjourned *sine die*.

Dated: New York, New York
      March 17, 2020
                                                        /s/ Kimba M. Wood
                                                        KIMBA M. WOOD
                                           United States District Judge